No. 89–5210. MARTIN *v.* DELAWARE LAW SCHOOL OF WIDENER UNIVERSITY, INC., ET AL. C. A. D. C. Cir. Motion of pe-

titioner to defer consideration of the petition for certiorari denied. Certiorari denied.